ESTHER POLLAK, Appellant, v. JOSEF WINZELBERG et al., Respondents.— Motion by respondent Winzelberg and motion by respondents Morgenstern to dismiss appeal, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BAKER, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Lewis Shebar, Esq., 34 North Main St., Freeport, N. Y., is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN BROWN, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Jerome Belson, Esq., 32 Broadway, New York, N. Y., is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CARONIA, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre St., New York 13, N. Y., is assigned as counsel to prosecute the appeal. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT C. COHEN, Appellant.— Motion by appellant to dispense with printing of record and briefs or in the alternative to abridge the record, denied. Such denial is without prejudice to renewal before the trial court, if appellant be so advised, of his motion to abridge the record upon its settlement as required by the rules of practice (*Hopper* v. *Comfort Coal-Lbr. Co.*, 276 App. Div. 869, and authorities there cited). Such denial is also without prejudice to renewal in this court after the settlement of the record, if appellant be so advised, of his motion to dispense with printing upon proper papers showing his financial inability to print his brief and the record as settled. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.